**United States District Court**

EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN, NEW YORK 11201

**JACK B. WEINSTEIN**

Senior District Judge

April 13, 2004

Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Dear Ms. Lisi:

Thank you for your suggestions of April 9th, 2004. I enclose three copies of modified pages 3, 7, 9 and 10 in response.

All assets referred to as disposed were disposed of in full.

Yours truly,



JACK B. WEINSTEIN
Senior U.S. District Judge.

enc.

Revised April 13, 2004

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) Weinstein, Jack B. | 2. Court or Organization U.S. District Court Eastern District of New York | 3. Date of Report March 1, 2004 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior United States District Judge | 5. ReportType (check appropriate type) ___Nomination, Date_____ ___Initial  X  Annual  ___Final | 6. Reporting Period January 1, 2003 – December 31, 2003 |
| 7. Chambers or Office Address 225 Cadman Plaza East Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 George Mason Univ. Advisory Committee | Law & Economics Center |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1 1998 | TIAA Retirement Plans |
| 2 1998 | New York State Retirement Plans |
| 3 2000 | New York State Savings Plan Schooling (2) |
| 4 2003 | Maine State Savings Plan Schooling (1) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | | |
| 1 2003 | ███ Family and Children Association | | $ -- |
| 2003 | ███ Lectures | | -- |
| 2 2003 | ███ Social Security | | $ -- |
| 2003 | Northwestern Univ. Press | Royalty | 179.25 |
| 3 2003 | Teachers Ins. & Annuity | Pension | $ 12,292.04 |
| 4 2003 | N.Y. State Retirement System | Pension | $ 7,857.76 |
| 5 2003 | West Publishing Co. | Royalty | $ 5,737.40 |
| 2003 | Social Security | | 20,600.40 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Jack B. Weinstein | Date of Report<br>March 1, 2004 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| **X** | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **X** | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
              O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
              P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack B. Weinstein | 3/1/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) | B (1) Amt Code2 (A-H) | B (2) Type (e.g. div. rent or int.) | C (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, | | | | | | | | | |
| 1 (Trust) College Savings Prog. | A | Div | J | T | Buy | A 2/18/03 | | | |
| 2 (Trust) College Savings Prog. | A | Div | K | T | | | | | |
| 3 (Trust) College Savings Prog. | A | Div | K | T | | | | | |
| 4 NYS Dorm 2/15/08 | A | Int | J | T | | | | | |
| 5 NY City G 2/01/06 | A | Int | J | T | | | | | |
| 6 NYS Dorm. Auth. 7/01/09 | A | Int | J | T | | | | | |
| 7 NYS Dorm. Auth. 7/01/09 | A | Int | J | T | | | | | |
| 8 Chase Manhattan checking Great Neck, NY | A | Int | J | T | | | | | |
| 9 (Mutual of America) Salary Withholding Fund | D | Int | M | T | Cashed | 12/18/04 | M | A | |
| 10 NY Urban Dev. Corp. Bond | B | Int | K | T | | | | | |
| 11 NY City Ser. E U/T Bond | A | Int | J | T | Redeemed | 10/1/03 | J | A | |
| 12 NY City Ser. A-1 Bond | A | Int | J | T | | | | | |
| 13 NY State Twy Auth Bond | A | Int | K | T | | | | | |
| 14 NY City Ser 1 G/O Bond | A | Int | J | T | | | | | |
| 15 NY City Ser. G. Bond | A | Int | J | T | | | | | |
| 16 Checking-Savings Washington Mutual Savings | A | Int | J | T | | | | | |
| 17 NY City Ser. B AMBA 8/1/2017 | A | Int | K | T | Redeemed | 10/15/03 | K | A | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Jack B. Weinstein | 3/1/04 |

## VII. Page 12 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month, Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 FDG U.S. Corp. 10/15/98 | A | Int | K | T | | | | | |
| 2 Fed Nat'l Mtg due 9/12/2006 | B | Int | L | T | Sold 7/09/03 | | L | A | |
| 3 Financing Corp Fed B 11/11/09 | A | Int | J | T | | | | | |
| 4 NY City Gen Ser C 10/1/03 | A | Int | J | T | Redeemed | 10/1 '03 | J | A | |
| 5 Merrill Lynch Money Funds | A | Int | J | T | | | | | |
| 6 Merrill Lynch Money Funds | A | Int | J | T | | | | | |
| 7 Merrill Lynch Money Funds | A | Int | J | T | | | | | |
| 8 Newark, Del. MBNA Am. Bank 6/14/02 | A | Int | J | T | Sold 1/13/03 | | J | A | |
| 9 Cats Ser U. Treas 2/15/00 | A | Int | L | T | | | | | |
| 10 Strips U.S. Treas 8/15/03 | A | Int | L | T | | | | | |
| 11 Tenn. Valley Auth 10/15/03 | A | Int | K | T | | | | | |
| 12 Cats Ser N. 11/15/03 | A | Int | J | T | | | | | |
| 13 Cats Ser V 11/15/03 | A | Int | J | T | | | | | |
| 14 Cats Ser R 02/15/04 | A | Int | L | T | | | | | |
| 15 Cats Ser N 05/15/04 | A | Int | K | T | | | | | |
| 16 Empire State Dev 1/1/2012 | A | Int | J | T | | | | | |
| 17 NY City Hlt & Hosp 2/15/2014 | A | Int | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Jack B. Weinstein | 3/1/04 |

## VII. Page 13 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, | | | | | | | | | |
| 1 NY St Dorm        2/15/2014 | A | Int | K | T | | | | | |
| 2 NY St Dorm        7/1/2020 | A | Int | J | T | | | | | |
| 3 NY City Ser G     8/1/2020 | A | Int | J | T | | | | | |
| 4 Cats Ser S        8/15/04 | A | Int | K | T | | | | | |
| 5 Resol Fed Corp Ser A 4/15/05 | A | Int | K | T | | | | | |
| 6 Resol Fed Corp Ser A 7/15/05   2/1/02 | A | Int | K | T | | | | | |
| 7 NYC Gen Obl Ser D 8/15/01 | B | Int | K | T | | | | | |
| 8 NYC Gen Obl Ser    2/15/02 | A | Int | J | T | | | | | |
| 9 NYC Ser 96B       8/14/95 | B | Int | K | T | | | | | |
| 10 NYS Mtg Ag        8/1/95 | A | Int | J | T | | | | | |
| 11 Fed Jud Off Bldg  9/1/89 | B | Int | K | T | | | | | |
| 12 Cat Ser M         5/15/04 | A | Int | J | T | | | | | |
| 13 Tenn Valley Auth  11/1/05 | C | Int | K | T | | | | | |
| 14 NY State Dorm     2/15/2011 | A | Int | K | T | | | | | |
| 15 Nassau Cty        1/1/2014 | A | Int | K | T | | | | | |
| 16 Resolution Funding | A | Int | K | T | | | | | |
| 17 NY Twy Auth Ser E 1/01/25 | A | Int | J | T | Redeemed | 4/01/03 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Jack B. Weinstein | Date of Report<br><br>3/1/04 |
|---|---|---|

## VII. Page 14 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 NY State Mt. Ag.<br>Homeowners Mat. 4/4/07 | A | Int | J | T | | | | | |
| 2 Housing NY Corp Mat 11/1/07<br>11/1/08 | A | Int | J | T | | | | | |
| 3 NY St. Housing Fin. Mat | A | Int | J | T | | | | | |
| 4 NY St Urban Dev Mat 4/1/07<br>7/1/09 | A | Int | J | T | | | | | |
| 5 NY St Dorm Auth Vets House | B | Int | K | T | | | | | |
| 6 Resol. FDG Corp Ser A<br>5/30/06 | A | Int | K | T | | | | | |
| 7 Financing Corp. Strips | A | Int | J | T | | | | | |
| 8 NYS Dorm 7/1/17 | A | Int | J | T | | | | | |
| 9 NYS Unrefunded 8/1/07 | A | Int | J | T | | | | | |
| 10 Battery Park City 11/1/2013 | A | Int | K | T | | | | | |
| 11 NY City Rfdg Ser E 8/1/2014 | A | Int | K | T | | | | | |
| 12 NY City F 01D Jan. 98 | A | Int | J | T | | | | | |
| 13 Nassau Co Ser Z 9/01/2017 | A | Int | J | T | | | | | |
| 14 Banco Bil. Viz. Ag. 6/1/2011 | A | Int | J | T | Redeemed | 10/01/03 | J | A | |
| 15 NY City G/O Ser B 7/15/2008 | A | Int | J | T | | | | | |
| 16 Dutchess Cty Recovery 1/1/2013 | A | Int | J | T | | | | | |
| 17 NY City Ser B Ambar 8/1/2017 | A | Int | K | T | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (See Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |

| 2 Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
|---|---|---|---|---|---|
| (See Col. C1, D3) | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |

| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (See Col. C2) | U=Book value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Jack B. Weinstein | Date of Report<br>3/1/04 |
|---|---|---|

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell<br>merger<br>redemption) | \multicolumn... If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 NYS Med Care St Lukes 8/15/13 | A | Int | J | T | | | | | |
| 2 NYS Correctional 1/1/2008 | A | Int | K | T | | | | | |
| 3 NYS Urban Dev 1/1/2000 | A | Int | J | T | | | | | |
| 4 NYS Env. 6/14/2014 | A | Int | J | T | | | | | |
| 5 MBNA America Bank 6/14/02 | A | Int | J | T | | | | | |
| 6 Tenn. Valley Strips 5/1/06 | A | Int | L | T | | | | | |
| 7 Binghampton 8/15/07 | A | Int | J | T | | | | | |
| 8 Harborfields Cent Sch D Bd | A | Div | J | T | | | | | |
| 9 NYS Dorm Bd. 10/01/97 | B | Div | K | T | Redeemed | 5/15/03 | K | A | |
| 10 L.I.N.Y. Power Auth Bd 5/1/98 | B | Div | K | T | | | | | |
| 11 N.Y. RFDG Serv Bd 6/01/98 | A | Div | J | T | | | | | |
| 12 N.Y. Dorm Bd. 11/01/97 | A | Div | J | T | | | | | |
| 13 N.Y. Dorm Bd. 10/01/97 | A | Div | J | T | | | | | |
| 14 Met Trans A. Bd 5/30/02 | B | Div | K | T | | | | | |
| 15 NY Sch Asst Bd 12/15/97 | B | Div | K | T | | | | | |
| 16 NY Env Bd 7/25/02 | B | Div | K | T | | | | | |
| 17 East Islip Sch Bd 6/15/02 | B | Div | K | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Jack B. Weinstein | 3/1/04 |

## VII. Page 16 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Schnectady Sch Bd 6/15/02 | B | Div | K | T | | | | | |
| 2 Eastport Cent H.S. Bd 6/16/02 | B | Div | K | T | | | | | |
| 3 N.Y. City Bd. 3/09/99 | A | Div | J | T | | | | | |
| 4 N.Y. City Bd. 7/11/02 | A | Div | J | T | | | | | |
| 5 N.Y. Env. Bd. 7/25/02 | B | Div | K | T | | | | | |
| 6 Banco Bilbao Bd 7/16/02 | B | Div | K | T | Redeemed 6/02/03 | | K | A | |
| 7 Fed Nat Mort Bd 8/16/02 | B | Div | K | T | Redeemed 2/14/03 | | K | A | |
| 8 CD Key Bank Bd 8/14/02 | C | Div | L | T | | | | | |
| 9 Met Trans Bd 8/15/02 | B | Div | K | T | | | | | |
| 10 Met Trans Bd 8/15/02 | B | Div | K | T | | | | | |
| 11 Triborough Bridge Bd 3/01/02 | A | Div | J | T | | | | | |
| 12 Fed Nat'l Mtg Bd 9/20/02 | B | Div | K | T | Redeemed 6/27/03 | | K | A | |
| 13 N.Y. TCRS Bd 3/18/99 | B | Div | K | T | | | | | |
| 14 NYC Packers Coll. Bd 6/01/02 | B | Div | K | T | | | | | |
| 15 N.Y. Trans Auth Bd Coll 5/01/08 | A | Div | J | T | | | | | |
| 16 Fed Nat Mtg Bd 12/05/05 | C | Div | L | T | Redeemed 3/03/03 | | I | A | |
| 17 NY Dorm A. Bd. 9/05/02 | B | Div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack B. Weinstein | 3/1/04 |

## VII. Page 17 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| Fed Nat Mtg  2016 | A | Div | K | T | Buy | 2/06/03 K | | | |
| N.Y. Ser I        4/21/99 | A | Div | J | T | Buy | 2/21/03 J | | | |
| Met Trans A       11/15/12 | A | Div | J | T | Buy | 2/21/03 J | | | |
| Fed Nat Mtg 2022 | A | Div | K | T | Buy | 3/06/03 K | | | |
| Dutchess Cty     7/01/2020 | A | Div | J | T | Buy | 3/14/03 J | | | |
| Port Auth        7/15/24 | A | Div | J | T | Buy | 3/26/03 J | | | |
| NYC Ser B        6/15/11 | A | Div | J | T | Buy | 4/14/03 J | | | |
| NYC Ser I        3/01/22 | A | Div | J | T | Buy | 5/30/03 J | | | |
| Fed Nat Mtg 2026 | A | Div | K | T | Buy | 5/22/03 K | | | |
| Fed Nat Mtg 2014 | A | Div | J | T | Buy | 6/26/03 J | | | |
| Fed Nat Mtg 2016 | A | Div | L | T | Buy | 7/24/03 L | | | |
| DN Prov. Bank 2018 | A | Div | K | T | Buy | 7/30/03 K | | | |
| NYS Twy Auth     4/01/21 | A | Div | J | T | Buy | 7/31/03 J | | | |
| Smithtown Sch Bd  2015 | A | Div | J | T | Buy | 8/04/03 J | | | |
| Smithtown Sch Bd  2012 | A | Div | J | T | Buy | 8/04/03 J | | | |
| NYS Dorm         2/01/08 | A | Div | J | T | Buy 8/13/03 | | J | | |
| Met T. Auth      7/01/12 | A | Div | J | T | Buy | 9/08/03 J | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000  P4=More than $50,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack B. Weinstein | 3/1/04 |

## VII. Page 18 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 NY Ser G . 2/01/09 | A | Div | J | T | Buy | 9/15/03 | J | | |
| 2 NY Ser I 3/01/24 | A | Div | J | T | Buy | 10/03/03 | J | | |
| 3 Fed Hm. Ln. 9/22/18 | A | Div | L | T | Buy | 10/10/03 | L | | |
| 4 NY Env 6/15/13 | A | Div | K | T | Buy | 11/20/03 | K | | |
| 5 Buff Mun Ser B 7/1/12 | A | Div | K | T | Buy | 10/16/03 | K | | |
| 6 Hudson Bk 11/14/13 | A | Div | L | T | Buy | 11/12/03 | L | | |
| 7 Fed Ntl Mtg 12/24/18 | A | Div | K | T | Buy | 12/10/03 | K | | |
| 8 Fed Ntl Mtg 12/24/15 | A | Div | J | T | Buy | 12/18/03 | J | | |
| 9 Fed Ntl Mtg 12/24/12 | A | Div | J | T | Buy | 12/18/03 | J | | |
| 10 Fed Ntl Mtg 11/29/18 | A | Div | K | T | Buy | 12/24/03 | K | | |
| 11 Fed Ntl Mtg 6/26/15 | A | Div | J | T | Buy | 12/24/03 | J | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Jack B. Weinstein | Date of Report<br>3/1/04 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NONE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆         Date  3/1/04

NOTE: A▆ INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJEC▆ ▆ CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics* |
| Rev. 1/2002 | **FOR CALENDAR YEAR ~~XXXX~~ 2003** | *in Government Act of 1978,* |
| | | *(5 U.S.C. App., §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weinstein, Jack B. | U.S. District Court Eastern District of New York | March 1, 2004 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ___ Nomination, Date_____  ___ Initial  **X** Annual  ___ Final | January 1, 2003 – December 31, 2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 225 Cadman Plaza East Brooklyn, N.Y. 11201 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION | NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions.)

1  George Mason Univ. Advisory Committee  Law & Economics Center

2

3

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE | PARTIES AND TERMS

[ ] NONE (No reportable agreements.)

| 1 | 1998 | TIAA Retirement Plans |
| 2 | 1998 | New York State Retirement Plans |
| 3 | 2000 | New York State Savings Plan Schooling (2) |
| 4 | 2003 | Maine State Savings Plan Schooling (1) |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|

[ ] NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | | GROSS INCOME |
|---|---|---|---|---|
| 1 | 2003 | ███ Family and Children Association | | $ -- |
| | 2003 | ███ Lectures | | -- |
| 2 | 2003 | ███ Social Security | | $ -- |
| | 2003 | Northwestern Univ. Press | Royalty | 179.25 |
| 3 | 2003 | Teachers Ins. & Annuity | Pension | $12,292.04 |
| 4 | 2003 | N.Y. State Retirement System | Pension | $ 7,857.76 |
| 5 | 2003 | West Publishing Co. | Royalty | $ 5,737.40 |
| | 2003 | Social Security | | 20,600.40 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| X  NONE (No such reportable reimbursements.) | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X  NONE (No such reportable gifts.) | | |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X  NONE (No reportable liabilities.) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

*Value Codes:  J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000      N=$250,001-$500,000
O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000      P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000      P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Jack B. Weinstein | 3/1/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) (place "(X)" after each asset exempt from prior disclosure) | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 (Trust) College Savings Prog. | A | Div | J | T | Buy | 12/18/03 | | | |
| 2 (Trust) College Savings Prog. | A | Div | K | T | | | | | |
| 3 (Trust) College Savings Prog. | A | Div | K | T | | | | | |
| 4 NYS Dorm 2/15/08 | A | Int | J | T | | | | | |
| 5 NY City G 2/01/06 | A | Int | J | T | | | | | |
| 6 NYS Dorm. Auth. 7/01/09 | A | Int | J | T | | | | | |
| 7 NYS Dorm. Auth. 7/01/09 | A | Int | J | T | | | | | |
| 8 Chase Manhattan checking Great Neck, NY | A | Int | J | T | | | | | |
| 9 (Mutual of America) Salary Withholding Fund | D | Int | M | T | Cashed | 12/18/04 | M | A | |
| 10 NY Urban Dev. Corp. Bond | B | Int | K | T | | | | | |
| 11 NY City Ser. E U/T Bond | A | Int | J | T | Redeemed | 10/1/03 | J | A | |
| 12 NY City Ser. A-1 Bond | A | Int | J | T | | | | | |
| 13 NY State Twy Auth Bond | A | Int | K | T | | | | | |
| 14 NY City Ser 1 G/O Bond | A | Int | J | T | | | | | |
| 15 NY City Ser. G. Bond | A | Int | J | T | | | | | |
| 16 Checking-Savings Washington Mutual Savings | A | Int | J | T | | | | | |
| 17 NY City Ser. B AMBA 8/1/2017 | A | Int | K | T | Redeemed | 10/15/03 | K | A | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,0 0  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

-3-

## VII. Page 12 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 FDG U.S. Corp. 10/15/98 | A | Int | K | T | | | | | |
| 2 Fed Nat'l Mtg due 9/12/2006 | B | Int | L | T | Sold 7/09/03 | | L | A | |
| 3 Financing Corp Fed B 11/11/09 | A | Int | J | T | | | | | |
| 4 NY City Gen Ser C 10/1/03 | A | Int | J | T | Redeemed 10/1/03 | | J | A | |
| 5 Merrill Lynch Money Funds | A | Int | J | T | | | | | |
| 6 Merrill Lynch Money Funds | A | Int | J | T | | | | | |
| 7 Merrill Lynch Money Funds | A | Int | J | T | | | | | |
| 8 Newark, Del. MBNA Am. Bank 6/14/02 | A | Int | J | T | Sold 1/13/03 | | J | A | |
| 9 Cats Ser U. Treas 2/15/00 | A | Int | L | T | | | | | |
| 10 Strips U.S. Treas 8/15/03 | A | Int | L | T | | | | | |
| 11 Tenn Valley Auth 10/15/03 | A | Int | K | T | | | | | |
| 12 Cats Ser N. 11/15/03 | A | Int | J | T | | | | | |
| 13 Cats Ser V 11/15/03 | A | Int | J | T | | | | | |
| 14 Cats Ser R 02/15/04 | A | Int | L | T | | | | | |
| 15 Cats Ser N 05/15/04 | A | Int | K | T | | | | | |
| 16 Empire State Dev 1/1/2012 | A | Int | J | T | | | | | |
| 17 NY City Hlt & Hosp 2/15/2014 | A | Int | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack B. Weinstein | 3/1/04 |

## VII. Page 13 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 NY St Dorm 2/15/2014 | A | Int | K | T | | | | | |
| 2 NY St Dorm 7/1/2020 | A | Int | J | T | | | | | |
| 3 NY City Ser G 8/1/2020 | A | Int | J | T | | | | | |
| 4 Cats Ser S 8/15/04 | A | Int | K | T | | | | | |
| 5 Resol Fed Corp Ser A 4/15/05 | A | Int | K | T | | | | | |
| 6 Resol Fed Corp Ser A 7/15/05 | A | Int | K | T | | | | | |
| 7 NYC Gen Obl Ser D 8/15/01 2/1/02 | B | Int | K | T | | | | | |
| 8 NYC Gen Obl Ser 2/15/02 | A | Int | J | T | | | | | |
| 9 NYC Ser 96B 8/14/95 | B | Int | K | T | | | | | |
| 10 NYS Mtg Ag 8/1/95 | A | Int | J | T | | | | | |
| 11 Fed Jud Off Bldg 9/1/89 | B | Int | K | T | | | | | |
| 12 Cat Ser M 5/15/04 | A | Int | J | T | | | | | |
| 13 Tenn Valley Auth 11/1/05 | C | Int | K | T | | | | | |
| 14 NY State Dorm 2/15/2011 | A | Int | K | T | | | | | |
| 15 Nassau Cty 1/1/2014 | A | Int | K | T | | | | | |
| 16 Resolution Funding | A | Int | K | T | | | | | |
| 17 NY Twy Auth Ser E 1/01/25 | A | Int | J | T | Redeemed | 4/01/03 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack B. Weinstein | 3/1/04 |

## VII. Page k4INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, | | | | | | | | | | |
| 1 NY State Mt. Ag. Homeowners Mat. 4/4/07 | A | Int | J | T | | | | | | |
| 2 Housing NY Corp Mat 11/1/07 | A | Int | J | T | | | | | | |
| 3 NY St. Housing Fin. Mat 11/1/08 | A | Int | J | T | | | | | | |
| 4 NY St Urban Dev Mat 4/1/07 | A | Int | J | T | | | | | | |
| 5 NY St Dorm Auth Vets House 7/1/09 | B | Int | K | T | | | | | | |
| 6 Resol. FDG Corp Ser A | A | Int | K | T | | | | | | |
| 7 Financing Corp. Strips 5/30/06 | A | Int | J | T | | | | | | |
| 8 NYS Dorm 7/1/17 | A | Int | J | T | | | | | | |
| 9 NYS Unrefunded 8/1/07 | A | Int | J | T | | | | | | |
| 10 Battery Park City 11/1/2013 | A | Int | K | T | | | | | | |
| 11 NY City Rfdg Ser E 8/1/2014 | A | Int | K | T | | | | | | |
| 12 NY City F 01D Jan. 98 | A | Int | J | T | | | | | | |
| 13 Nassau Co Ser Z 9/01/2017 | A | Int | J | T | | | | | | |
| 14 Banco Bil. Viz. Ag. 6/1/2011 | A | Int | J | T | Redeemed | 10/01/03 | J | A | | |
| 15 NY City G/O Ser B 7/15/2008 | A | Int | J | T | | | | | | |
| 16 Dutchess Cty Recovery 1/1/2013 | A | Int | J | T | | | | | | |
| 17 NY City Ser B Ambar 8/1/2017 | A | Int | K | T | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

-6-

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Jack B. Weinstein | 3/1/04 |

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 NYS Med Care St Lukes 8/15/13 | A | Int | J | T | | | | | |
| 2 NYS Correctional 1/1/2008 | A | Int | K | T | | | | | |
| 3 NYS Urban Dev 1/1/2000 | A | Int | J | T | | | | | |
| 4 NYS Env. 6/14/201 | A | Int | J | T | | | | | |
| 5 MBNA America Bank 6/14/02 | A | Int | J | T | | | | | |
| 6 Tenn. Valley Strips 5/1/06 | A | Int | L | T | | | | | |
| 7 Binghampton 8/15/07 | A | Int | J | T | | | | | |
| 8 Harborfields Cent Sch D Bd | A | Div | J | T | | | | | |
| 9 NYS Dorm Bd. 10/01/97 | B | Div | K | T | Redeemed | 5/15/03 | K | A | |
| 10 L.I.N.Y. Power Auth Bd 5/1/98 | B | Div | K | T | | | | | |
| 11 N.Y. RFDG Serv Bd 6/01/98 | A | Div | J | T | | | | | |
| 12 N.Y. Dorm Bd. 11/01/97 | A | Div | J | T | | | | | |
| 13 N.Y. Dorm Bd. 10/01/97 | A | Div | J | T | | | | | |
| 14 Met Trans A. Bd 5/30/02 | B | Div | K | T | | | | | |
| 15 NY Sch Asst Bd 12/15/97 | B | Div | K | T | | | | | |
| 16 NY Env Bd 7/25/02 | B | Div | K | T | | | | | |
| 17 East Islip Sch Bd 6/15/02 | B | Div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

-7-

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Jack B. Weinstein | 3/1/04 |

## VII. Page 16 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, | | | | | | | | | |
| 1 Schnectady Sch Bd    6/15/02 | B | Div | K | T | | | | | |
| 2 Eastport Cent H.S. Bd 6/16/02 | B | Div | K | T | | | | | |
| 3 N.Y. City Bd.    3/09/99 | A | Div | J | T | | | | | |
| 4 N.Y. City Bd.    7/11/02 | A | Div | J | T | | | | | |
| 5 N.Y. Env. Bd.    7/25/02 | B | Div | K | T | | | | | |
| 6 Banco Bilbao Bd    7/16/02 | B | Div | K | T | Redeemed | 6/02/03 | K | A | |
| 7 Fed Nat Mort Bd    8/16/02 | B | Div | K | T | Redeemed | 2/14/03 | B | A | |
| 8 CD Key Bank Bd    8/14/02 | C | Div | L | T | | | | | |
| 9 Met Trans Bd    8/15/02 | B | Div | K | T | | | | | |
| 10 Met Trans Bd    8/15/02 | B | Div | K | T | | | | | |
| 11 Triborough Bridge Bd 3/01/02 | A | Div | J | T | | | | | |
| 12 Fed Nat'l Mtg Bd    9/20/02 | B | Div | K | T | Redeemed | 6/27/03 | K | A | |
| 13 N.Y. TCRS Bd    3/18/99 | B | Div | K | T | | | | | |
| 14 NYC Packers Coll. Bd 6/01/02    5/01/08 | B | Div | K | T | | | | | |
| 15 N.Y. Trans Auth Bd Coll | A | Div | J | T | | | | | |
| 16 Fed Nat Mtg Bd    12/05/05 | C | Div | L | T | Redeemed | 3/03/03 | L | A | |
| 17 NY Dorm A. Bd.    9/05/02 | B | Div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 17 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Fed Nat Mtg 2016 | A | Div | K | T | Buy | 2/06/03 | | | |
| 2 N.Y. Ser I 4/21/99 | A | Div | J | T | Buy | 2/21/03 | | | |
| 3 Met Trans A 11/15/12 | A | Div | J | T | Buy | 2/21/03 | | | |
| 4 Fed Nat Mtg 2022 | A | Div | K | T | Buy | 3/06/03 | | | |
| 5 Dutchess Cty 7/01/2020 | A | Div | J | T | Buy | 3/14/03 | | | |
| 6 Port Auth 7/15/24 | A | Div | J | T | Buy | 3/26/03 | | | |
| 7 NYC Ser B 6/15/11 | A | Div | J | T | Buy | 4/14/03 | | | |
| 8 NYC Ser I 3/01/22 | A | Div | J | T | Buy | 5/30/03 | | | |
| 9 Fed Nat Mtg 2026 | A | Div | K | T | Buy | 5/22/03 | | | |
| 10 Fed Nat Mtg 2014 | A | Div | J | T | Buy | 6/26/03 | | | |
| 11 Fed Nat Mtg 2016 | A | Div | L | T | Buy | 7/24/03 | | | |
| 12 DN Prov. Bank 2018 | A | Div | K | T | Buy | 7/30/03 | | | |
| 13 NYS Twy Auth 4/01/21 | A | Div | J | T | Buy | 7/31/03 | | | |
| 14 Smithtown Sch Bd 2015 | A | Div | J | T | Buy | 8/04/03 | | | |
| 15 Smithtown Sch Bd 2012 | A | Div | J | T | Buy | 8/04/03 | | | |
| 16 NYS Dorm 2/01/08 | A | Div | J | T | Buy 8/13/03 | | | | |
| 17 Met T. Auth 7/01/12 | A | Div | J | T | Buy | 9/08/03 | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack B. Weinstein | 3/1/04 |

## VII. Page 18 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 NY Ser G 2/01/09 | A | Div | J | T | Buy | 9/15/03 | | | |
| 2 NY Ser I 3/01/24 | A | Div | J | T | Buy | 10/03/03 | | | |
| 3 Fed Hm. Ln. 9/22/18 | A | Div | L | T | Buy | 10/10/03 | | | |
| 4 NY Env 6/15/13 | A | Div | K | T | Buy | 11/20/03 | | | |
| 5 Buff Mun Ser B 7/1/12 | A | Div | K | T | Buy | 10/16/03 | | | |
| 6 Hudson Bk 11/14/13 | A | Div | L | T | Buy | 11/12/03 | | | |
| 7 Fed Ntl Mtg 12/24/18 | A | Div | K | T | Buy | 12/10/03 | | | |
| 8 Fed Ntl Mtg 12/24/15 | A | Div | J | T | Buy | 12/18/03 | | | |
| 9 Fed Ntl Mtg 12/24/12 | A | Div | J | T | Buy | 12/18/03 | | | |
| 10 Fed Ntl Mtg 11/29/18 | A | Div | K | T | Buy | 12/24/03 | | | |
| 11 Fed Ntl Mtg 6/26/15 | A | Div | J | T | Buy | 12/24/03 | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack B. Weinstein | 3/1/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NONE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Sig                                                    Date  3/1/04

NO                                        ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUB                                        C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544